

Seyfarth Shaw LLP

620 Eighth Avenue

New York, New York  10018

T (212) 218-5500

F (212) 218-5526


jegan@seyfarth.com

T (212) 218-5291


www.seyfarth.com

June 6, 2022

<u>VIA ECF</u>

**MEMO ENDORSED**

Hon. Katherine Polk Failla
U.S. District Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom 618
New York, NY 10007

    **Re:**    *Mejia v. Carrier Corporation*
           <u>Civil Action No.: 1:22-cv-03680-KPF (S.D.N.Y.)</u>

Dear Judge Failla:

    This office represents Defendant Carrier Corporation ("Defendant") in the above-referenced matter.  We write, with the consent of Plaintiff Richard Mejia ("Plaintiff"), to respectfully request a 30-day extension of the deadline for Defendant to respond to the Complaint, up to and including, July 14, 2022.

    By way of background, Plaintiff commenced this action on or about May 6, 2022. (ECF No. 1.)  Based on the purported service date of March 24, 2022, Defendant's responsive pleading is due on June 14, 2022.

    This is the first request for an extension of the responsive pleading deadline.  Defendant is requesting this extension of this deadline to provide it with additional time to investigate the allegations in the Complaint, and for the parties to explore a potential non-litigated resolution of this matter.  We have communicated with counsel for Plaintiff, and Plaintiff consents to this request.

    We respectfully submit this request in good faith and not to cause undue delay.  The granting of this application will not impact any other scheduled deadlines, including the Initial Pretrial Conference scheduled for July 28, 2022 at 3:00 p.m or the deadline for completion of preconference submissions.  We thank the Court for its time and attention to this matter.

84073716v.1



Hon. Katherine Polk Failla
June 6, 2022
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc:   All counsel of record (via ECF)

```
Application GRANTED.  Defendant shall respond to the Complaint
on or before July 14, 2022.  The Clerk of Court is directed to
terminate the pending motion at docket number 8.

Dated:    June 7, 2022                SO ORDERED.
          New York, New York
```

*[signature: Katherine Polk Failla]*

```
                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE
```